**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**QIANG WANG, # A 249-141-619**                                    **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 5:26cv363-DCB-RPM**

**RAFAEL VERGARA, MELLISSA B.**
**HARPER, TODD LYONS, PAMELA**
**BONDI, and MARKWAYNE MULLIN**                          **RESPONDENTS**

### ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.  *Pro se* Petitioner Qiang Wang initiated this 28 U.S.C. § 2241 action on April 20, 2026, challenging his detention with the Department of Homeland Security.  The Court mailed him a Notice of Electronic Filing of the Petition [1].  On May 12, the Notice of Electronic Filing was returned undeliverable as addressed, and the envelope was marked, "Released."  [2].  Wang has not filed a change of address.

Accordingly, Wang shall respond in writing to the following:

(1)  Are you still detained by the Department of Homeland Security?

(2)  What is the address of your current location?

The responses shall be filed with the Court no later than August 25, 2026.

**IT IS, THEREFORE, ORDERED** that *pro se* Petitioner Qiang Wang shall file a response consistent with this Order **no later than August 25, 2026**.  Failure to timely respond to any order of the Court may result in the dismissal of this case.

**SO ORDERED**, this the 11ᵗʰ day of August, 2026.

s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE